IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-CR-04-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JON KYLE JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on Defendant's Ex Parte Motion for Appointment of Second Chair Counsel (Doc. 19), which requests that attorney Douglas Edwards be appointed as second chair counsel in this case.

As a general matter, the Local Rules require that a pretrial motion, other than a motion to suppress, *ex parte* motion, or notice, include a certification that the moving party has conferred with opposing counsel, and that the motion state opposing counsel's position on the relief sought, or explain why such a conference should not be required. LCrR 47.1(b).

The instant Motion has been filed *ex parte*. However, it is not apparent why the Motion should be considered on an *ex parte* basis and without information concerning the Government's position. In addition, while the Motion requests that Mr. Edwards be compensated for his work as second chair counsel, the Motion does not provide sufficient information, such as a description of the complexity of this matter, from which the Court may

1

determine what level of compensation, if any, would be appropriate.

Consequently, the Motion will be denied without prejudice. Defendant is welcome to submit a renewed motion that will appear on the public docket and that addresses these issues.

**IT IS THEREFORE ORDERED THAT:**

1. The Ex Parte Motion for Appointment of Second Chair Counsel (Doc. 19) is **DENIED WITHOUT PREJUDICE**, subject to renewal as stated above.

2. The Clerk is **RESPECTFULLY DIRECTED** to unseal the Motion.

Signed: March 13, 2023

W. Carleton Metcalf
United States Magistrate Judge